Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 South Beverly Drive
Beverly Hills, CA 90212
Tel.:   (917) 471-1894
Fax:   (310) 496-3176
Email: astraus@milberg.com

*Attorneys for Plaintiff*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED POPE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>    Defendants. | Case No.: 3:22-cv-01793 |
| WINFRED THOMAS and MICHELLE SIMS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>    Defendants. | Case No. 3:22-cv-01931 |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND APPOINT CLASS COUNSEL**

1

| | |
|---|---|
| IFEOMA EBO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>Defendants. | Case No.: 3:22-cv-02535 |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND APPOINT CLASS COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on October 20, 2022 at 10:00 a.m. (PT), or at such other date and time as the Court may provide, Plaintiffs Pope, Thomas and Ebo will and hereby do move the Court for an Order granting the following relief:

(1)  Consolidating, for all purposes, the following related class action lawsuits currently pending before this Court (the "Actions"):

    (a)  *Williams v. Wells Fargo Bank, N.A.*, Case No. 22-cv-00990

    (b)  *Pope v. Wells Fargo Bank, N.A.*, Case No. 22-cv-01793

    (c)  *Ebo v. Wells Fargo Bank, N.A.*, Case No. 22-cv-02535

    (d)  *Braxton v. Wells Fargo Bank, N.A.*, Case No. 22-cv-1748

    (e)  *Thomas v. Wells Fargo Bank, N.A.*, Case No. 22-cv-1931

    (f)  *Perkins v. Wells Fargo Bank, N.A.*, Case No. 22-cv-3455.

(2)  Appointing the law firms of Milberg Coleman Bryson Phillips Grossman PLLC, DannLaw, Evangelista Worley LLC, and Zimmerman Law Offices, P.C., or some combination thereof at the Court's discretion, as Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3); and

(3)  Ordering that Interim Class Counsel jointly file a master consolidated complaint,

captioned Wells Fargo Refinance Litigation, which will serve as the operative complaint for the consolidated action.

(4) This Motion is made pursuant to Federal Rules of Civil Procedure 42 and 23(g), and is based upon this Notice, the concurrently filed Memorandum in Support, the concurrently filed Declaration in support thereof, and such evidence and argument as the Court may consider appropriate or as may be presented at or before any hearing on this Motion.

DATED: August 19, 2022.                     Respectfully submitted,

**MIILBERG COLEMAN BRYSON PHILLIIPS GROSSMAN PLLC**

/s/ Alex R. Straus
Alex R. Straus (SBN 321366)
280 South Beverly Place
Beverly Hills, CA 90212
Tel.: 917-471-1894
Fax: 310-496-3176
Email: astraus@milberg.com

Jennifer Kraus Czeisler*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, New York 10022
Tel.: 212-594-5300
Email: jczeisler@millberg.com

James Evangelista*
**EVANGELISTA WORLEY**
500 Sugar Mill Rd., Suite 245A
Atlanta, GA  30350
Tel.: 404-205-8400
Fax: 404-205-8391
Email: jim@ewlawllc.com

*Attorneys for Plaintiffs and Putative Class*
*\* Pro Hac Vice Forthcoming*